JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAHREN JAMES,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, a municipal entity; CHIEF MICHEL MOORE, in his individual and official capacity; OFFICER ALEX ZAMORA; OFFICER KELEIGH EDWARDS; OFFICER MIN CHUNG; SERGEANT I CHRIS GIARGIARI; CAPTAIN III SHANNON PAULSON; and DOES 1-8 inclusive,<br><br>       Defendants. | Case No. 2:21-cv-04525-CBM-ASx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge:  Hon. Consuelo B. Marshall |

    **THIS COURT,** having considered the parties' stipulation, orders the following:

    This entire action is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

    IT IS SO ORDERED.

Date : August 29, 2024

                                                    Hon. Consuelo B. Marshall